# United States Court of Appeals
## For the First Circuit

No. 25-1829

THE FAMILY PLANNING ASSOCIATION OF MAINE, d/b/a Maine Family Planning,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of Health & Human Services; MEHMET OZ, in the official capacity as the Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellees.

**ORDER OF COURT**

Entered: November 24, 2025

This is an appeal from an August 25 order in the District Court for the District of Maine denying a motion for a preliminary injunction. Plaintiff-Appellant has filed its opening brief and appendix. The deadline for the Government's response brief was November 21, 2025. Prior to the deadline, the Government filed a "Motion for an Extension of Time to File Response Brief in Light of the Lapse in Appropriations." The motion, filed during the government shutdown, seeks an extension of time for the response brief until 30 days after the resumption of appropriations. Plaintiff-Appellant filed an opposition to the request.

The Government's Motion is resolved as follows: the Government shall file its response brief by December 5, 2025.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Christopher C. Taub, Halliday Moncure, Vivian A. Mikhail, Faith E. Gay, Meetra Hope Mehdizadeh, Astrid Marisela Ackerman, Craig Michael Wolff, Eric Dean McArthur, Daniel Tenny, Brett Allen Shumate, Lindsay Feinberg, Steven H. Hazel, Stephen C. Whiting, Nathan Jeremiah Moelker, Olivia F. Summers, Melinda K. Johnson, Corinne Roshan Moini, Janice Mac Avoy, Martha Jane Perkins, Sarah Lahlou-Amine