# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| THE FAMILY PLANNING ASSOCIATION OF MAINE D/B/A MAINE FAMILY PLANNING, <br><br> Appellant, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; <br><br> ROBERT F. KENNEDY, JR., in his official capacity as Secretary of Health and Human Services; <br><br> CENTERS FOR MEDICARE & MEDICAID SERVICES; <br><br> and <br><br> MEHMET OZ, in his official capacity as the Administrator of the Centers for Medicare & Medicaid Services, <br><br> Appellees. | Case No. 25-1829 |

## STIPULATED DISMISSAL

Plaintiff-Appellant Family Planning Association of Maine d/b/a Maine Family Planning ("MFP") and Defendant-Appellees, the United States Department of Health and Human Services, Robert F. Kennedy, Jr., the Centers for Medicare & Medicaid Services, and Mehmet Oz (together, the "Parties"), by and through their

1

undersigned counsel, and pursuant to Federal Rule of Appellate Procedure 42(b)(1), respectfully submit this Stipulated Dismissal.

As required by Fed. R. App. P. 42(b)(1), the Parties have conferred and each will bear its own costs and attorney's fees. Therefore, the Parties respectfully request that this appeal be dismissed.

Dated: December 18, 2025      Respectfully submitted,

*/s/ Meetra Mehdizadeh*
Meetra Mehdizadeh
Astrid Marisela Ackerman
CENTER FOR REPRODUCTIVE RIGHTS
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3788
mmehdizadeh@reprorights.org
aackerman@reprorights.org

Faith Gay
Joshua Margolin
SELENDY GAY PLLC
1290 Avenue of the Americas 20th Floor
New York, NY 10104
(212) 390-9000
fgay@selendygay.com
jmargolin@selendygay.com

*Attorneys for Plaintiff/Appellant*

*/s/ Steven H. Hazel*
Daniel Tenny
Steven H. Hazel
*Attorneys, Appellate Staff*
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Civil Division, Room 7217
Washington, DC 20530
(202) 514-2498

Brett A. Shumate
*Assistant Attorney General*

Andrew B. Benson
*United States Attorney*

Eric D. McArthur
*Deputy Assistant Attorney General*


*Attorneys for Defendants/Appellees*

3

# CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2025, I electronically filed the foregoing by using the CM/ECF system, which will serve copies on registered CM/ECF users.

*/s/ Meetra Mehdizadeh*
Meetra Mehdizadeh