# United States Court of Appeals
## For the First Circuit

---

No. 25-1829

THE FAMILY PLANNING ASSOCIATION OF MAINE, d/b/a Maine Family Planning,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of Health & Human Services; MEHMET OZ, in the official capacity as the Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellees.

---

**JUDGMENT**

Entered: December 29, 2025

    Upon consideration of the stipulation of dismissal filed December 18, 2025, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1), with each party to bear its own costs.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Christopher C. Taub, Halliday Moncure, Vivian A. Mikhail, Faith E. Gay, Meetra Hope Mehdizadeh, Astrid Marisela Ackerman, Craig Michael Wolff, Eric Dean McArthur, Daniel Tenny, Brett Allen Shumate, Lindsay Feinberg, Steven H. Hazel, Stephen C. Whiting, Nathan Jeremiah Moelker, Olivia F. Summers, Jordan A. Sekulow, Melinda K. Johnson, Corinne Roshan Moini, Janice Mac Avoy, Martha Jane Perkins, Sarah Lahlou-Amine