# United States Court of Appeals
## For the First Circuit

No. 25-1829

THE FAMILY PLANNING ASSOCIATION OF MAINE, d/b/a Maine Family Planning,

Plaintiff - Appellant,

v.

UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES; ROBERT F. KENNEDY, JR., in the official capacity as Secretary of Health & Human Services; MEHMET OZ, in the official capacity as the Administrator of the Centers for Medicare & Medicaid Services; CENTERS FOR MEDICARE & MEDICAID SERVICES,

Defendants - Appellees.

**MANDATE**

Entered: February 20, 2026

In accordance with the judgment of December 29, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Astrid Marisela Ackerman, Lindsay Feinberg, Faith E. Gay, Steven H. Hazel, Melinda K. Johnson, Sarah Lahlou-Amine, Janice Mac Avoy, Eric Dean McArthur, Meetra Hope Mehdizadeh, Vivian A. Mikhail, Nathan Jeremiah Moelker, Corinne Roshan Moini, Halliday Moncure, Martha Jane Perkins, Jordan A. Sekulow, Brett Allen Shumate, Olivia F. Summers, Christopher C. Taub, Daniel Tenny, Stephen C. Whiting, Craig Michael Wolff